**UNITED STATES OF AMERICA**
**DISTRICT OF MINNESOTA**
Criminal 06-353 PAM

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                   **ORDER AMENDING**
                                                                  **JUDGMENT**

Dale Eugene Schlichting,

       Defendant.

_____

**IT IS HEREBY ORDERED** that the Sentencing Judgment filed in this case on June 14, 2007, is amended as to the remaining balance of restitution owed. The Judgment reflected the incorrect total due at the time of sentencing. The outstanding balance remaining at the time of sentencing is $2,981,730.76.  Interest requirement is waived.

     All other terms, conditions and recommendations of the Sentencing Judgment remain in effect.


Date: August  7 , 2007

                                                    s/Paul A. Magnuson
                                                    PAUL A. MAGNUSON
                                                    United States District Court Judge