UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                      Criminal No. 06-353 (PAM)


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v.                        ) | FINAL ORDER |
| ) | OF FORFEITURE |
| DALE EUGENE SCHLICHTING,   ) | |
| ) | |
| DEFENDANT.  ) | |

   WHEREAS, on June 12, 2007, this Court entered a Preliminary Order of Forfeiture forfeiting certain enumerated real and personal property to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), and pursuant to 18 U.S.C. § 982(a)(1);

   WHEREAS, on July 14, 21 and 28, 2007, the plaintiff published notice of the forfeitures in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication date for a hearing to adjudicate the validity of their alleged legal interest in the property;

   WHEREAS, petitions for an ancillary hearing have been filed by Citizens State Bank of Hayfield, Deutsche Bank National Trust Company, St. Michael's Lutheran Church of Waltham, Minnesota, Cass County, Mower County, and Charles

Reid;

WHEREAS, no other petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

WHEREAS; the Court has been advised that petitioner Charles Reid does not oppose the entry of a final order of forfeiture since the net proceeds of the forfeited property will be remitted to the Clerk of Court to be applied towards the criminal restitution ordered against the defendant at sentencing; and

WHEREAS, settlement agreements have been filed with the Court resolving the claims of the other above-named parties who have filed a petition for an ancillary hearing pursuant to 21 U.S.C. § 853(n),

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the following property is hereby forfeited to and vested in the United States of America 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c):

    a. the real property located at 11506 Green Road, East Gull Lake, Minnesota, Cass County, with all buildings, improvements, fixtures and appurtenances thereto;

b.  the real property located at 56757 300th Street, Brownsdale, Minnesota, Mower County, with all buildings, improvements, fixtures and appurtenances thereto;

c.  $32,301 in U.S. currency;

d.  any and all funds seized from Wells Fargo Bank account number 427-0516021, in the approximate amount of $8,827.35;

e.  any and all funds seized from Wells Fargo Bank account number 037-8686828, in the approximate amount of $138,108.15;

f.  any and all funds seized from Wells Fargo Bank account number 037-8686836, in the approximate amount of $15,836.74;

g.  any and all funds seized from TD Ameritrade account number 454-28658, in the approximate amount of $11,012.16;

h.  any and all funds seized from OptionsXpress account number 5AJ0TS1, in the approximate amount of $16,923.16;

 i. any and all funds seized from OptionsXpress account number 5CA8M11, in the approximate amount of $10,137.48;

 j. a 2002 Ford Expedition, VIN 1FMRU16W92LA41060;

 k. a 2002 Bennington 205SI pontoon boat with a 40 HP Mercury engine, Hull ID number ETW1613K102; and

 l. the real property located at 110 First Avenue Northeast, Hayfield, Minnesota 55490, with all buildings, improvements, fixtures and appurtenances thereto;

2. all right, title and interest in the following property is hereby forfeited to and vested in the United States of America 18 U.S.C. § 982(a)(1):

 a. a 2002 Bennington 205SI pontoon boat;

 b. any and all funds located in OptionsXpress account number 5AJ0TS1, in the approximate amount of $16,923.16;

3. the Expedited Settlement Agreement entered into between the United States and Citizens State Bank of Hayfield is approved;

4. the Expedited Settlement Agreement entered into between the United States and Deutsche Bank National Trust

Company is approved;

    5.  the Expedited Settlement Agreement entered into between the United States and St. Michael's Lutheran Church of Waltham is approved;

    6.  the Stipulation For Payment Of Real Estate Taxes entered into between the United States and Cass County is approved;

    7.  the Stipulation For Payment of Real Estate Taxes entered into between the United States and Mower County is approved;

    8.  the above-described property shall be disposed of by the U.S. Marshal's Service in accordance with law, and in accordance with the terms of the settlement agreements enumerated above.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 11, 2008    s/Paul A. Magnuson
    PAUL A. MAGNUSON, Judge
    United States District Court